IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:05cr124WHBJCS

JASON BONDS and
TWILLA LASHON KING

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against JASON BONDS and TWILLA LASHON KING without prejudice.

DUNN LAMPTON
United States Attorney

By:  s/Sandra G. Moses

SANDRA G. MOSES
Assistant U.S. Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 12th day of July, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE